UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

LAURIE BARTHOLOMEW,

Case No.: 9411626

Defendant.

STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation(s) for: FAILURE TO OBEY OFFICER SIGN (9411626)

(Note citation number and offense description above).

The United States will amend citation number 9411626 to allege a violation of: VIOLATION OF TRAFFIC - CONTROL SIGN BY VEHICLE

Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) and to pay $75 on or before _____ with a check or money order to the Central Violations Bureau, P.O. Box 780549 San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov. In exchange, upon payment of the fine noted above, the United States will dismiss any other currently-pending Western District of Wisconsin citations against the defendant that are known to this U.S. Attorney's Office. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

_____
Assistant United States Attorney

October 12, 2021
Date

Laurie Bartholomew
Defendant name (printed)

_____
Defendant signature

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

10-12-21
Date