UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVEN W. LAXTON,

        Defendant.

Violation No.: 9021162

## STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation(s) for: Exceeding zones and posted limits adopted by 32 C.F.R. 634.25(f); vehicle speed 76 mph in a 55 mph zone; citation no. 9021162.

The United States will amend citation number 9021162 to allege a violation of: Exceeding zones and posted limits adopted by 32 C.F.R. 634.25(f); vehicle speed 10 mph or less over limit. Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) and to pay $100 on or before October 22, 2021, with a check or money order to the Central Violations Bureau, P.O. Box 780549 San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov. In exchange, upon payment of the fine noted above, the United States will dismiss any other currently pending Western District of Wisconsin citations against the defendant that are known to this U.S. Attorney's Office. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

s/Megan R. Stelljes
Megan R. Stelljes
Assistant United States Attorney

October 8, 2021
Date

Steven W. Laxton
Defendant name (printed)

_[signature]_
Defendant signature

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

_[signature]_      10-12-21
STEPHEN L. CROCKER      Date
United States Magistrate Judge