UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ZACHARY R. MONTE,
            Defendant.

Violation Nos.: 9734277, 9734278, 9734279

STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation(s) for:

Violation No. 9734277 - Possession of a controlled substance (36 CFR 2.35(b)(2));

Violation No. 9734278 - Possession of fireworks (36 CFR 2.38(b));

Violation No. 9734279 - Camping outside designated area (36 CFR 2.10(b)(10)).

Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) in:

Violation No. 9734278 - Possession of fireworks (36 CFR 2.38(b)) &

Violation No. 9734279 - Camping outside designated area (36 CFR 2.10(b)(10))

and to pay $200.00 on or before November 23, 2021 with a check or money order to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov. In exchange, upon payment of the fine noted above, the United States will dismiss any other currently-pending Western District of Wisconsin citations against the defendant that are known to this U.S. Attorney's Office. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

_____
STEVEN P. ANDERSON
Assistant U.S. Attorney
11/9/21
Date

_____
WILLIAM R. JONES
Attorney for Defendant
11/3/21
Date

_____
ZACHARY R. MONTE
11-3-2021
Date

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

                      s/Stephen L. Crocker        11/9/2021
                      STEPHEN L. CROCKER        Date
                      United States Magistrate Judge