UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                         Citation Nos.  9020705; 9020829

AUSTIN M. KURTH,

          Defendant.

STIPULATION AND ORDER

On October 25, 2020, Defendant Austin M. Kurth received a citation (# 9020725) for driving 70 miles per hour when the speed limit was 55 miles on land under the control of Fort McCoy. During plea negotiations, Mr. Kurth explained the circumstances of the citation and his personal circumstances, which led the United States to believe that a non-moving violation was the most just outcome for the case. Accordingly, the parties agreed that Mr. Kurth should be issued a non-moving citation for a broken speedometer (# 9020829), and once he paid that citation, the original citation would be dismissed. Mr. Kurth was issued that citation and has provided proof of payment. Therefore, the parties agree to the dismissal of citation # 9020725.

*/s/ Zachary J. Corey*                            */s/ Austin M. Kurth*
Zachary J. Corey                                 Austin M. Kurth
Assistant United States Attorney         Defendant

Upon receipt of this stipulation, it is ORDERED that citation # 9020725 is dismissed.

__s/Stephen L. Crocker_____        11/9/2021___
STEPHEN L. CROCKER                 Date
United States Magistrate Judge